IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS GEORGE DOVER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 21-2425 |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER M. TALLARICO; KYLE S. LASKOSKIE, State Trooper; FRANK GAWEL, State Trooper; and JOHN DOE SHIFT SUPERVISOR, Commander Third Shift, Lancaster Barracks, Pa. State Police, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of June, 2021, after considering the application for leave to proceed *in forma pauperis* (Doc. No. 3), the complaint (Doc. No. 1), the amended complaint (Doc. No. 4), and the second amended complaint (Doc. No. 5) filed by the *pro se* plaintiff, Louis George Dover; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 3) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. The second amended complaint (Doc. No. 5) is **DEEMED** filed;

3. The clerk of court is **DIRECTED** to add the following defendant to the caption: John Doe Shift Supervisor, Commander Third Shift, Lancaster Barracks Pa. State Police;

4. The second amended complaint (Doc. No. 5) is **DISMISSED** as follows:

   a. The claims that the court dismissed as barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994) are **DISMISSED WITHOUT PREJUDICE** to the plaintiff

2

filing a new case only if his underlying conviction is reversed, vacated, or otherwise invalidated;

      b.      The plaintiff's due process claims seeking the return of his seized property are **DISMISSED WITHOUT PREJUDICE** to the plaintiff's right to pursue the return of his property in state court; and

      c.      All other claims are **DISMISSED WITH PREJUDICE**; and

5.      The clerk of court is **DIRECTED** to **CLOSE** this case.

      BY THE COURT:

      /s/ *Edward G. Smith*
      EDWARD G. SMITH, J.